# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145938

ANGELA E. DYKES,
         Plaintiff-Appellant,
and

BRIAN DYKES,
         Plaintiff,

v

                              SC: 145938
                              COA: 299346
                              Kent CC: 08-002596-NI

TARLOCHAN SINGH,
         Defendant,
and

WEST MICHIGAN CARDIOLOGY, P.C.,
         Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      VIVIANO, J., not participating.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013                                             
                                                      Clerk

t0225